-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MARK WADE GANTT, 08A3883,

      Plaintiff,

  -v-

Correctional Sgt. PATCHIN, Correctional Officer
Mrs. ZANWOSTOUSKI and Deputy
Superintendent of Security JOHN C. COLVIN,

      Defendants.
_____

DECISION AND ORDER
11-CV-6351Fe

    Plaintiff, who is incarcerated in the Five Points Correctional Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has both met the statutory requirements and furnished the Court with a signed Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's amended complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

    The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Amended Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

    Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

    SO ORDERED.

Dated: SEPT. 13, 2011
       Rochester, New York

                                                          _____
                                                          CHARLES J. SIRAGUSA
                                                          United States District Judge